IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mirza, Johnson

Printed: 12/13/07

Case Number: 07 B 14759
Judge: Squires, John H
Filed: 8/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 24, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 6. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 7. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 8. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 9. | Bank Of New York | Secured | 0.00 | 0.00 |
| 10. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 11. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 12. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 13. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 14. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 15. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 16. | America's Servicing Co | Unsecured | 0.00 | 0.00 |
| 17. | Accredited Home Lenders | Unsecured | 0.00 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 19. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 20. | Accredited Home Lenders | Secured |  | No Claim Filed |
| 21. | Wilshire Credit Corp | Secured |  | No Claim Filed |
| 22. | Toyota Financial / Lexus Fin Sers | Secured |  | No Claim Filed |
| 23. | Commercial Recovery Corp | Unsecured |  | No Claim Filed |
| 24. | Illinois State Lottery | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Mirza, Johnson

Printed:  12/13/07

Case Number:  07 B 14759
Judge:  Squires, John H
Filed:  8/15/07

| | | | |
|---|---|---|---|
| 26. Carson Pirie Scott | Unsecured | | No Claim Filed |
| 27. Washington Mutual Providian | Unsecured | | No Claim Filed |
| 28. Capital One | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 0.00 | $ 0.00 |

TRUSTEE FEE DETAIL

Fee Rate        Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_